**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CENTURY SURETY COMPANY**

**Plaintiff,**

**v.**

**UNITED THERMAL INDUSTRIES,
INC., and DIXIE L. VOLLUZ,
Individually and as Special Administrator
of the Estate of CHARLES J. VOLLUZ,
SR., Deceased,**

**Defendants.**                                    **No. 04-CV-0658-DRH**

## ORDER

**HERNDON, District Judge:**

On June 21, 2005, Century Surety Company filed a motion to voluntarily dismiss complaint pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)** (Doc. 7). Said motion is **GRANTED**. Because Century Surety Company voluntarily dismissed this case, the Court will close the file.

**IT IS SO ORDERED.**

Signed this 21st day of June, 2005.

/s/    David RHerndon

United States District Judge